UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 4:03-CR-13 |
| | § | |
| FRANCIS S. SHIN | § | |

**MEMORANDUM ORDER**

The court referred a petition alleging violation of supervised release conditions to United States Magistrate Judge Chad Everingham, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence. The court having considered the objections filed by the defendant to the magistrate judge's report, finds that the objections lack merit. It is further

**ORDERED** that the defendant's plea of true to the allegations as set forth in the government's petition be **ACCEPTED**. Based upon the defendant's plea of true to the allegations, the court finds that the defendant violated the conditions of his supervised release. It is further

**ORDERED** that the defendant's supervised release be **REVOKED**. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations. It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months, with a term of 44 months of supervised release to follow such term of imprisonment.

**So ORDERED and SIGNED this 7th day of July, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**