# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 4:03CR13(1) |
| v. § | |
| § | |
| FRANCIS S. SHIN § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 10 months, with no supervised release to follow. Defendant shall be required to pay the remainder of his restitution in the amount of $97,297.92 to Wells Fargo Bank, due immediately, payable by cashier's check or money order to the United States District Court and forwarded to the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710. The Court

further recommends that Defendant's term of imprisonment be carried out in Bureau of Prisons facility located in Seagoville, Texas, if appropriate.

**IT IS SO ORDERED.**

**So ORDERED and SIGNED this 2nd day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**